In the Matter of ALFRED J. SCOTTI, as Acting District Attorney of New York County, Petitioner, v. OLIVER SUTTON, as Justice of the Supreme Court, New York County, Respondent. WILLIAM A. MAYNARD, Intervenor.— Proceeding unanimously dismissed as moot, without costs and without disbursements. Concur — Markewich, J. P., Tilzer and Macken, JJ.; Nunez and Murphy, JJ., concur on the further ground that were the proceeding not being dismissed as moot, they would vote to dismiss the proceeding for lack of jurisdiction. In view of the foregoing, the motion to intervene is dismissed.